1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Jacqueline Starlater Dillard

7

8  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
9

10 | JACQUELINE STARLATER DILLARD, | ) Case No.: 2:14-cv-08000-PLA |
   |---|---|
11 |  | ) |
   | Plaintiff, | ) ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
12 |  | ) ATTORNEY FEES AND EXPENSES |
   | vs. | ) PURSUANT TO 28 U.S.C. § 2412(d) |
13 |  | ) AND COSTS PURSUANT TO 28 |
   | CAROLYN W. COLVIN, Acting | ) U.S.C. § 1920 |
14 | Commissioner of Social Security, | ) |
   |  | ) |
15 | Defendant | ) |

16

17     Based upon the parties' Stipulation for the Award and Payment of Equal

18 Access to Justice Act Fees, Costs, and Expenses:

19     IT IS ORDERED that fees and expenses in the amount of $3,514.00 as

20 authorized by 28 U.S.C. § 2412, and no costs as authorized by 28 U.S.C. § 1920,

21 be awarded subject to the terms of the Stipulation.

22 DATE:  9/9/15             *Paul L. Abrams*

23                           _____
                             THE HONORABLE PAUL L. ABRAMS
24                           UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Lawrence D. Rohlfing*
_____
4 | Lawrence D. Rohlfing
Attorney for plaintiff Jacqueline Starlater Dillard